**Romspen Mortgage Limited Partnership**

v.

**T2 Winnetka**

v.

**Peter S. McDonnell, et al.**                                    Civil Action No. 19-cv-5610

## Proof of Service Affidavit

**Shaina Napoleon,** being first duly sworn on oath deposes and says she is over 18 years of age, not a party to the above suit and is a registered employee of the Illinois Department of Professional Regulation Private Detective Agency #117-000206, Myers Service Inc., d/b/a MSI Detective Services.

That she personally served a copy of an Alias Summons on A Third-Party Complaint, Cross-Complaint, and attached exhibits, on Peter S. McDonnell, outside of his residence, located at, 2714 Greenview Ave., Chicago, IL 60614, on Saturday, January 25, 2020 at 5:00 p.m. That the server informed Peter S. McDonnell of the contents of the documents by stating, "This is an Alias Summons on A Third-Party Complaint, Cross-Complaint, and attached exhibits," and that Peter S. McDonnell confirmed his name and accepted the documents in hand.

Peter S. McDonnell is described as a Caucasian male, approximately 60-65 years of age, 6'01" in height, average build, with white hair and wearing glasses.

_____
SPECIAL PROCESS SERVER (signature)

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
SPECIAL PROCESS SERVER (signature)

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 19-cv-5610

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Peter S. McDonnell__
was received by me on *(date)* __01/15/2020__.

☑ I personally served the summons on the individual at *(place)* __2744 Greenview Ave., Chicago, IL 60614__ on *(date)* __01-25-2020__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __01-25-2020__

_____
Server's signature

__Shaina Napoleon__
Printed name and title

__2406 W. Fullerton Ave., Chicago IL 60647__
Server's address

Additional information regarding attempted service, etc:

Peter S. McDaniell
01/15/2020
2744 Greenview Ave.
01-25-202_
Chicago, IL 60614

_Shanna Napoleon_
Shanna Napoleon
01-25-2020

2406 W. Fulleton Ave, Chicago IL 60647